No. 93–1655.  MCMASTER, NKA HINES v. IOWA BOARD OF PSYCHOLOGY EXAMINERS.  Sup. Ct. Iowa.  Certiorari denied.

No. 93–1661.  TRANSAMERICAN NATURAL GAS CORP. v. ZAPATA PARTNERSHIP, LTD.  C. A. 5th Cir.  Certiorari denied.

No. 93–1695.  TRAVITZ v. NORTHEAST DEPARTMENT ILGWU HEALTH AND WELFARE FUND ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–1715.  JARMUSIK v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 93–1751.  BRAY TERMINALS, INC., ET AL. v. NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 93–1752.  FAIRFAX COUNTY SCHOOL BOARD v. FAIRFAX COVENANT CHURCH.  C. A. 4th Cir.  Certiorari denied.

No. 93–1763.  HALL v. MELENDEZ.  Sup. Ct. P. R.  Certiorari denied.

No. 93–7580.  BOGGS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–7893.  HARTSOCK v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 93–7923.  LOOMIS v. VERNON ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 93–8152.  SHELTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–8234.  LEWIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–8264.  DURBIN v. DURBIN ET AL.  C. A. 9th Cir.  Certiorari denied.